# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

D. CALLOWAY PROPERTIES, INC.
AND DONALD JOE CALLOWAY

NO.   2019 CW 1655

VERSUS

JAMES CONSTRUCTION GROUP,
LLC, LIBERTY MUTUAL
INSURANCE COMPANY, AND
PEERLESS INDEMNITY INSURANCE
COMPANY

**MAY 1 2 2020**

In Re:   James   Construction   Group,   L.L.C.,   applying   for
         supervisory   writs,   19th   Judicial   District   Court,
         Parish of East Baton Rouge, No. 644710.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT